IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MILTON E. MCFARLANE,**

    Plaintiff,

v.                                       Case No.  3:10cv521/MCR/CJK

**CORRECTION OFFICER WELLS,**

    Defendant.
_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 24, 2011 (doc. 8).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This action is DISMISSED WITHOUT PREJUDICE as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) for plaintiff's abuse of the judicial process and the clerk is directed to close the file.

    DONE AND ORDERED this 12th day of July, 2011.

                                                  s/ _M. Casey Rodgers_
                                                  **M. CASEY RODGERS**
                                                   **CHIEF UNITED STATES DISTRICT JUDGE**